JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASHIF RAHHIMAN,<br><br>        Petitioner,<br><br>    v.<br><br>ALEX VILLANUEVA,<br><br>        Respondent. | Case No. 2:20-cv-11825-CJC-SP<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 23, 2023

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE